**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| C.S. V. L.C. | : | No. 389 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: LACKAWANNA CHILDREN AND YOUTH | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| IN THE INTEREST OF: C.S., A MINOR | : | No. 390 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: LACKAWANNA COUNTY CHILDREN AND YOUTH SERVICES | : : | Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.